UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph W. Jean-Louis )
3492201201
RYKERS ISLAND )
1818 HAZEN STREET
EAST ELMHURST )

   PLAINTIFF )

   -v- )

MAYOR CITY OF NEW YORK )
GOVENOR STATE OF NEW YORK )
   RESPONDENTS )

COMES NOW THE PLAINTIFF IN the ABOVE CAPTIONED MATTER INTO THIS HONORABLE US DISTRICT COURT

Alledging GROSS NEGLIGENCE FOR the Defendants NOT Being PREPARED FOR AN Biochemical ATTACK OF N.Y.C. AND NOT CONDUCTING MOCK Civil Defense emergency EVACUATION DISASTER DRILLS AT Elementary Schools In New York City AND FOR NOT Building multiple PURPOSE Underground DISASTER Shelters AT them

A - ONE MEGATON ATOMIC BOMB will completely destroy all buildings within the 3 mile radius and (almost 50% when) severely damage all buildings within the 11 mile radius on Staten Island area.

FALL-OUT The slow descent or tiny hot radioactive dust particles down in the atmosphere following the Nuclear Explosion.

R.A.D. STANDS FOR RADIATION ABSORBED DOSE About 300 Eight Hundred RADS is an LD50 dose that is 50% will most surely die from radiation severe radiation exposure.

Radiation Sickness An illness characterized by intense vomiting whitening of the hair, loss of teeth (much more severe cases) in humans (also and where Blood cells)

[signature]
1813 [illegible] St
Staten Island

Joe Jean-Louis
39922u201
Rykers Island
18 18 Hazen St
East Elmhurst
NY

Pro Se Court Clerk
U.S. District Court
500 Pearl Street
New York City
New York

MID-ISLAND NY 117
2 MAY 2023 PM 1  L

2023 MAY 23 AM 11:23
SDNY PRO SE OFFICE
RECEIVED

10007