UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH W. JEAN-LOUIS,<br><br>                          Plaintiff,<br><br>    -against-<br><br>MAYOR CITY OF NEW YORK;<br>GOVERNOR STATE OF NEW YORK,<br><br>                          Defendants. | 23-CV-4286 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the May 25, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 25, 2023
           New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge